DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHAWN MICHAEL LUTTENAUER,**
Appellant,

v.

**LISA DEVOS LUTTENAUER,**
Appellee.

No. 4D19-3654

[March 11, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 50-2017-DR-011630.

Jennifer S. Carroll of Law Office of Jennifer S. Carroll, P.A., Jupiter, for appellant.

Stephanie L. Serafin and Jane Kreusler-Walsh of Kreusler-Walsh, Vargas & Serafin, P.A., West Palm Beach, and Rosanna Ferrari of Rosanna Ferrari, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***